UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

ELIZABETH A. BULLEN,

Plaintiff,

-v-

CITY OF NEW YORK,

Defendant.

---------------------------------------------------------------------X

26-CV-1328 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On August 12, 2026, the Clerk of Court docketed a motion from Plaintiff for a temporary restraining order and preliminary injunction. ECF No. 14. It is doubtful that Plaintiff can satisfy the requirements for preliminary injunctive relief, as her claims are largely, if not entirely, backward-looking and, if meritorious, can likely be remedied with money damages. But the Court will reserve judgment pending full briefing. Assuming Defendant intends to renew its motion to dismiss with respect to the Amended Complaint, Defendant shall file its opposition to Plaintiff's motion and a cross-motion to dismiss, supported by a single, consolidated memorandum of law, no later than **August 27, 2026**; Plaintiff shall file any reply and opposition to any cross-motion, in the form of a single, consolidated memorandum of law, no later than **September 10, 2026**; and Defendant shall file any reply in support of its cross-motion by **September 17, 2026**. (If Defendant does not move to dismiss, the briefing schedule shall remain the same — though Defendant would obviously not have leave to file a reply.)

The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: August 13, 2026
New York, New York

JESSE M. FURMAN
United States District Judge