UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

ELIZABETH A. BULLEN,

Plaintiff,

-v-

CITY OF NEW YORK,

Defendant.

---------------------------------------------------------------------X

26-CV-1328 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On August 18, 2026, the Clerk of Court docketed Plaintiff's motion for leave to file a Second Amended Complaint in this action. *See* ECF Nos. 19-20. In light of Defendant's consent to the amendment, ECF No. 20, at 1, Plaintiff's motion is hereby GRANTED as unopposed.

Plaintiff shall file her proposed Second Amended Complaint, as described in her filings at ECF Nos. 19-20, **no later than August 26, 2026.** Defendant shall file its Answer or renew its motion to dismiss **no later than October 26, 2026.**

In light of the foregoing, Plaintiff's motion for a preliminary injunction is denied as moot, without prejudice to renewal after the Second Amended Complaint is filed. If Plaintiff renews the motion, Defendant shall — unless the Court orders otherwise — respond to the motion by **October 26, 2026** as well. In the event that Plaintiff renews her motion and Defendant renews its motion to dismiss, it shall file its opposition to Plaintiff's motion and a cross-motion to dismiss, supported by a single, consolidated memorandum of law.

The Clerk of Court is directed to terminate ECF Nos. 14 and 20 and to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: August 19, 2026
New York, New York

JESSE M. FURMAN
United States District Judge