UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

ELIZABETH A. BULLEN,

Plaintiff,

-v-

CITY OF NEW YORK,

Defendant.

---------------------------------------------------------------------X

26-CV-1328 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On August 19, 2026, the Court granted Plaintiff leave to file a Second Amended Complaint, ECF No. 21, which she has now done, ECF No. 22. In light of these developments, as well as Defendant's request for additional time to determine whether a motion to dismiss will be necessary, *see, e.g.*, ECF No. 24, at 12, Defendant's pending motion to dismiss is hereby DENIED without prejudice to renewal following its review of the Second Amended Complaint as set forth in ECF No. 21. The Clerk of Court is directed to terminate ECF Nos. 11 and 23 (which is duplicative of the motion for leave to file a Second Amended Complaint that the Court already granted and thus moot) and to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: August 25, 2026
New York, New York

JESSE M. FURMAN
United States District Judge