UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

ELIZABETH A. BULLEN,

Plaintiff,

-v-

THE CITY OF NEW YORK,

Defendant.

---------------------------------------------------------------------X

26-CV-1328 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On October 21, 2026, the Court received returned mail of ECF No. 26, previously sent to Plaintiff on August 27, 2026. Plaintiff has not updated her address or otherwise communicated with the Court, and it is not clear that she intends to proceed with this action.

Under Rule 41(b) of the Federal Rules of Civil Procedure, a district court may dismiss an action *sua sponte* for failure to prosecute after notifying the plaintiff. *LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001); *see Fields v. Beem*, No. 13-CV-0005 (GTS/DEP), 2013 WL 3872834, at *2 (N.D.N.Y. July 24, 2013) ("A plaintiff is required to notify the Court when his address changes, and failure to do so is sufficient to justify dismissal of a plaintiff's complaint." (collecting cases)). Accordingly, the Court directs Plaintiff to update his address of record within 30 days of the date of this order. Should Plaintiff fail to comply with this order, the Court will dismiss the action without prejudice for failure to prosecute.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: October 22, 2026
New York, New York

JESSE M. FURMAN
United States District Judge